**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 5:20-CR-45 |
| | : | |
| MIGUEL AVILA-NAVA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER OF BOND FORFEITURE**

The United States= Motion for Declaration of Bond Forfeiture having been read and considered,

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. ' 3146(d) and Federal Rule of Criminal Procedure 46(f), that the appearance bond executed by Defendant Miguel Avila-Nava in the amount of $20,000.00 is hereby forfeited to the United States. The United States shall have a judgment against Defendant in the amount of $20,000.00. All funds deposited with the Clerk by or on behalf of Defendant shall be applied to the payment of any previously ordered unpaid impositions of Defendant and then to the foregoing judgment.

SO ORDERED, this ___21st___ day of _____June_____, 2023.


___s/Tilman E. Self, III___
UNITED STATES DISTRICT JUDGE